AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court

### for the
### Western District of New York

| | |
|---|---|
| **United States of America** | |
| **v.** | Case No. 25-MJ-  119 |
| **HUGO LOPEZ MORALES** | |
| _Defendant_ | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 16, 2025, in the County of Niagara, in the Western District of New York, the defendant, an alien, was found in the United States, after previously being removed or deported from the United States, subsequent to a felony conviction, without prior authorization or approval from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Sections 1326(a) and 1326(b)(1).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

_Mark E Jann_
_____
_Complainant's signature_

MARK E. JANN
Enforcement Officer
United States Customs and Border Protection
_____
_Printed name and title_

Sworn to before me and signed telephonically.

Date:  August 19, 2025

_H. Kenneth Schroeder, Jr._
_____
_Judge's signature_

City and State:  Buffalo, New York

HONORABLE H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE
_____
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK    )
COUNTY OF ERIE         )        SS.:
CITY OFBUFFALO        )


**MARK E. JANN**, being duly sworn, deposes and states:


1.      I am an Enforcement Officer with United States Customs and Border Protection ("CBP") currently assigned as a Task Force Officer with Homeland Security Investigations ("HSI") within the Department of Homeland Security ("DHS") and have been so employed in immigration law enforcement for the past twenty-nine years.  In such capacity, my duties include investigating individuals suspected of violating federal immigration laws and other related federal statutes.


2.      As part of my current duties, I have investigated violations of the Immigration and Nationality Act and violations of the United States Code, in particular, Title 8, United States Code, Section 1326 (Re-entry of Removed Aliens).


3.      I make this affidavit in support of a criminal complaint charging Hugo LOPEZ MORALES, an alien, not a citizen or national of the United States, born in 1977 in Guatemala,   with after previously being removed or deported from the United States, subsequent to a felony conviction, without prior authorization or approval from the Attorney General of the United States, or the Secretary of the Department of Homeland Security,  in violation of Title 8 United States Code, Section 1326(a) and 1326(b)(1).

4.      The statements contained in this affidavit are based upon my personal knowledge, my training and experience, my review of database checks and official records, and upon the information provided to me by other law enforcement officers.  Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that Hugo Alfonso LOPEZ MORALES, did knowingly violate Title 8 United States Code, Section 1326(a) and 1326(b)(1).

## PROBABLE CAUSE

5.      On or about August 16, 2025, at approximately 1447 hours, United States Customs and Border Protection (CBP) Officer Jonathan Schmitt encountered a vehicle at the Lewiston Bridge Port of Entry in Lewiston, New York, in the Western District of New York. The vehicle had a Florida license plate PXBC76 and was driven by Hugo LOPEZ MORALES, born 1977, with five passengers who had no identification.  CBP Officer Schmitt reports Hugo LOPEZ MORALES presented 6 CBSA (Canadian Border Service Agency) refusal forms.  CBP Officer Schmitt asked if any they had any valid U.S. entry documents to which Hugo LOPEZ MORALES replied they did not.  The occupants and the vehicle were escorted to secondary inspection due to the passenger not having any identification to prove his identity and citizenship.

6.      At approximately 1652 hours, CBP Officer Anibal Sanchez entered Hugo LOPEZ MORALES' fingerprints into the Interagency Fingerprint Identification System

("IAFIS") database to verify his identity and any immigration history in the United States. This scan resulted in an identical fingerprint matching an FBI and Alien File number. The FBI number was matched to Hugo LOPEZ MORALES' last conviction in 2023 for Title 8 USC 1326 (a) for Illegal Re-entry after Deportation.


7.    Immigration record checks regarding this Alien File number revealed Hugo LOPEZ MORALES is a native and citizen of Guatemala. He was ordered removed by an Immigration Judge in Hartford, Connecticut on October 12, 2016. Hugo LOPEZ MORALES was physically deported to Guatemala on or about November 2, 2016, pursuant to the removal order via plane from Alexandria, Louisiana. Hugo Lopez Morales was encountered again in 2023 and on June 30, 2023, was convicted of Title 8 USC 1326 (a), a felony, in the Southern District of Florida. In June 2023, Hugo LOPEZ MORALES' original removal order was reinstated, and he was deported from the United States to Guatemala on August 3, 2023, pursuant to that removal order via plane from Alexandria, Louisiana. Furthermore, Immigration record checks reveal that Hugo LOPEZ MORALES was previously voluntarily returned from the United States to Mexico on two separate occasions, on or about July 9, 1998, and December 28, 2004, as at that time he falsely claimed Mexican citizenship.


8.    A review of electronic immigration benefit records and a review Hugo LOPEZ MORALES Alien File number failed to reveal that Hugo LOPEZ MORALES had applied for or received requisite permission from the Attorney General or the Secretary for the Department of Homeland Security to reenter the United States.

9.      Wherefore, I respectfully submit that the foregoing facts establish probable cause to believe that on or about August 16, 2025, Hugo LOPEZ MORALES, an alien, was found in the United States, after having been previously deported or removed from the United States, subsequent to a felony conviction, without prior authorization or approval from the Attorney General of the United States or the Secretary for the Department of Homeland Security, in violation of Title 8, United States Code Section 1326(a) and (b)(1).


_Mark E Jann_
_____
MARK E. JANN
CBP Enforcement Officer
U.S. Customs and Border Protection


Sworn and subscribed to before me telephonically
on this 19th day of August, 2025.

_H. Kenneth Schroeder, Jr._
_____
HON. H. KENNETH SCHROEDER JR.
United States Magistrate Judge

4